Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SHERRY EGGLER                )
                             )
        Plaintiff,           )
                             )
vs.                          )        Case No. 2:17-cv-00770-RFB-VCF
                             )
EXPERIAN INFORMATION         )
SOLUTIONS, INC.              )
                             )        **STIPULATION AND ORDER FOR**
        Defendant            )        **DISMISSAL WITH PREJUDICE**
                             )

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties

hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own

costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    SNELL & WILMER, L.L.P.

_____            _____
MITCHELL D. GLINER, ESQ.                    BOB L. OLSON, ESQ.
Nevada Bar No. 003419                       Nevada Bar No. 003783
3017 W. Charleston Blvd. # 95               CHARLES E. GIANELLONI, ESQ.
Las Vegas, Nevada 89102                     Nevada Bar No. 012747
Attorney for Plaintiff                      3883 Howard Hughes Pkwy., # 1100
                                            Las Vegas, Nevada 89169
                                            Attorneys for Defendant

IT IS SO ORDERED this <u>16th</u> day of <u>November</u>2017.

_____
RICHARD F. BOULWARE, II
United States District Judge